```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THEODORE GIKUNOO,

                    Plaintiff,

      -against-

ROYAL AIR MAROC, LTD.,

                    Defendant.

------------------------------------------------------------X

25-CV-5215 (PAE)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    On July 29, 2025, the parties appeared for an Initial Pretrial Conference. During the conference, the parties discussed settlement. The Court directed the parties to file a notice of voluntary dismissal if a settlement was reached. Nothing has been filed to date. The parties shall file either a Stipulation of Dismissal or a status letter no later than Friday, August 22, 2025, regarding the status of settlement or proposing next steps in the litigation.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED: August 14, 2025
           New York, New York